IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

JAMES W. MORGAN,

    Plaintiff,

vs.

No. 05-2622 - BP

CRICKET COMMUNICATIONS, INC.,
THE CITY OF MEMPHIS, and
DONALD THOMAS,

    Defendants.

---

### ~~PROPOSED~~ ORDER GRANTING MOTION OF DEFENDANT, CITY OF MEMPHIS, FOR ENLARGEMENT OF TIME IN WHICH TO MOVE, PLEAD, OR OTHERWISE RESPOND TO THE COMPLAINT AND DISCOVERY

This matter came to be heard upon the Motion of Defendant, City of Memphis, for Enlargement of Time in Which to Move, Plead or Otherwise Respond to the Complaint and Discovery. It appearing to the Court from the Memorandum submitted in support of this motion, Certificate of Consultation, and the record as a whole that this motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant, City of Memphis, shall have an additional thirty days from September 16, 2005, within which to answer or otherwise plead to this cause and to respond to discovery submitted by Plaintiff.

                              JUDGE

                              DATE: September 9, 2005

Submitted by:

J. Michael Fletcher, #6954
Attorney for Defendant, City of Memphis
125 N. Main Street, Room 336
Memphis, TN 38103
(901) 576-6614

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02622 was distributed by fax, mail, or direct printing on September 9, 2005 to the parties listed.

---

J. Michael Fletcher
LAW OFFICES OF J. MICHAEL FLETCHER
5583 Murray Avenue
Ste. 200
Memphis, TN 38119

Roger K. Rutledge
RUTLEDGE & RUTLEDGE
1053 West Rex Rd.
Ste. 101
Memphis, TN 38119

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT