IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

FILED BY ____ D.C.

05 SEP 14 PM 6:08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| JAMES W. MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:05-cv-02622 |
| ) | **Judge Breen** |
| CRICKET COMMUNICATIONS, INC., ) | **Magistrate Judge Pham** |
| THE CITY OF MEMPHIS, and DONALD ) | |
| THOMAS, ) | |
| ) | |
| Defendants. ) | |

## CONSENT ORDER

It appearing to the Court, based on the signature of counsel for the parties listed below, that the parties have agreed that Defendant, Cricket Communications, Inc. will have an extension of time up to and including October 14, 2005 to answer or otherwise respond to the Complaint.

IT IS SO ORDERED.

ENTERED this 14 day of September, 2005.

_____
JUDGE TU M. PHAM

1157362 v1
101481-012  9/13/2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-15-05



Agreed to and Submitted for Approval By:

Chris L. Gilbert (No. 20093)
BOULT, CUMMINGS, CONNERS & BERRY, PLC
Roundabout Plaza
1600 Division Street, Suite 700
P.O. Box 340025
Nashville, Tennessee 37203
(615) 252-2358

*Attorneys for Defendant, Cricket Communications, Inc.*

Roger K. Rutledge (No. 5758)
RUTLEDGE & RUTLEDGE, P.C.
1053 West Rex Road, Suite 101
Memphis, Tennessee 38119
(901) 682-0667

*Attorneys for Plaintiff, James W. Morgan*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing is being forwarded via facsimile and by overnight mail, postage pre-paid to:

> J. Michael Fletcher, Esq.
> City of Memphis, Law Division
> 125 N. Main Street, Room 336
> Memphis, Tennessee 38103

on this the 13th day of September, 2005.

_____
Chris L. Gilbert

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02622 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Roger K. Rutledge
RUTLEDGE & RUTLEDGE
1053 West Rex Rd.
Ste. 101
Memphis, TN 38119

Chris L. Gilbert
BOULT CUMMINGS CONNERS & BERRY
1600 Division Street
Ste. 700
Nashville, TN 37203--002

J. Michael Fletcher
LAW OFFICES OF J. MICHAEL FLETCHER
5583 Murray Avenue
Ste. 200
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT